

# NUMBER 13-14-00712-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| MARTIN ALMAZAN AND IRASEMA SALINAS, | Appellants, |
| v. | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2007QS3 BY AND THROUGH ITS SERVICER-IN-FACT, GMAC MORTGAGE, LLC, | Appellee. |

## On appeal from the County Court at Law No. 2 of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Perkes, and Longoria**
**Memorandum Opinion Per Curiam**

Appellants, Martin Almazan and Irasema Salinas, appealed a judgment entered by the County Court at Law No. 2 of Hidalgo County, Texas. On January 8, 2015, the Clerk of this Court notified appellants, in accordance with Texas Rule of Appellate Procedure

42.3(c), that we would dismiss this appeal unless the $195.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellants have not responded to the notice from the Clerk or paid the $195.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellants' failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
5th day of February, 2015.